```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05965
    EDWARD L PULLIAM
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3507


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/13/2008 and was not confirmed.

    The case was dismissed without confirmation 11/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------

CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE               UNSECURED          529.12           .00           .00
CAPITAL ONE               UNSECURED          605.73           .00           .00
CITY OF CHICAGO PARKING   UNSECURED          450.00           .00           .00
COMMONWEALTH EDISON       UNSECURED         2199.72           .00           .00
FIRST NATIONAL BANK OF M  UNSECURED     NOT FILED             .00           .00
HEART CARE CENTER OF ILL  UNSECURED     NOT FILED             .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           446.91          .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED     NOT FILED             .00           .00
ASSET ACCEPTANCE CORP     UNSECURED           602.50          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED     NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1094.72          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           501.68          .00           .00
ROUNDUP FUNDING LLC       UNSECURED           625.00          .00           .00
CHASE MANHATTAN MTG CORP  CURRENT MORTG        .00            .00           .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE    21501.03           .00           .00
ILLINOIS TITLE LOANS      SECURED VEHIC       900.00          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY           2423.63          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED           642.29          .00           .00
ILLINOIS TITLE LOANS      UNSECURED          1234.16          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          2481.27          .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       284.00          .00         284.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,500.00                      940.96
TOM VAUGHN                TRUSTEE                                          95.04
DEBTOR REFUND             REFUND                                            .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,320.00

PRIORITY                                            284.00
SECURED                                                .00
UNSECURED                                              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05965 EDWARD L PULLIAM
```

```
ADMINISTRATIVE                                                   940.96
TRUSTEE COMPENSATION                                              95.04
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                         1,320.00          1,320.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 05965 EDWARD L PULLIAM